United States District Court
Southern District of Texas
**ENTERED**
June 27, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS R. RAMOS, #416245, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-2273 |
| LORIE DAVIS, | § § § | |
| *Respondent*. | § | |

## ORDER

Thomas R. Ramos filed a motion to proceed *in forma pauperis*. Ramos has no money in his prisoner trust fund account. Accordingly, the motion (Dkt. #2) is **GRANTED**.

SIGNED at Houston, Texas, on ___June 27___, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

1