United States District Court
Southern District of Texas
**ENTERED**
August 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-02273 |
|---|---|---|---|

Thomas R. Ramon

United States Courts
Southern District of Texas
F I L E D
AUG 13 2019

versus

Lorie Davis

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Patrick Daniel Todd<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>512-936-2893, patrick.todd@oag.texas.gov<br>TX, 24106513<br>EDTX, 24106513 |
|---|---|

| Name of party applicant seeks to appear for: | Lorie Davis |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____    No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 8/12/19    Signed: /s/ Pat

The state bar reports that the applicant's status is: Eligible to Practice

Dated: 8/13/19    Clerk's signature: [signature]

**Order**

This lawyer is admitted *pro hac vice*.

Dated: Aug 14, 2019

[signature]
United States District Judge